# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00493-CV

**In re Kirk Wayne McBride, Sr.**

### ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Kirk Wayne McBride, Sr. has filed a petition for writ of mandamus seeking to compel the trial court to convene a hearing to consider relator's motion for judgment nunc pro tunc and to appoint counsel to represent relator. The petition for writ of mandamus is denied.

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed: August 3, 2018